# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JANET WATKINS, | ) | |
| Plaintiff, | ) | Case No. 2:12-cv-01371-GMN-GWF |
| vs. | ) | **ORDER** |
| GMAC MORTGAGE, | ) | |
| Defendant. | ) | |

This matter comes before the Court on Defendant's Request for Exception to Personal Attendance (#23), filed on March 29, 2013. There is a settlement conference scheduled for this matter on Monday, April 15, 2013 in Las Vegas, Nevada. Defendant represents counsel with full settlement authority will be in attendance, and requests an exception to the attendance requirement for a representative of Defendant.

**IT IS HEREBY ORDERED** that pro se Plaintiff Janet Watkins shall have until **Monday, April 8, 2013** to file any opposition to the instant Request (#23). Absent any opposition, the Court will grant the Request.

DATED this 1st day of April, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge